IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLENE GERMANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. SECURITY ASSOCIATES, INC., | : | CIVIL ACTION NO. |
| | : | 1:16-CV-4678-AT |
| | : | |
| Defendant. | : | |

## **ORDER**

The parties filed a Joint Motion to Approve a Fair Labor Standards Act Settlement on March 27, 2017, along with their proposed Settlement Agreement and General Release of All Claims [Doc. 17]. The Court reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the Settlement Agreement constitutes a fair, reasonable, and adequate resolution of this action. Accordingly, the Court **GRANTS** the parties' Joint Motion [Doc. 17] and **APPROVES** the Settlement Agreement and Release.

**IT IS SO ORDERED** this 28th day of March, 2017.

_____
**Amy Totenberg
United States District Judge**